No. D-1376. IN RE DISBARMENT OF NATH. Disbarment entered. [For earlier order herein, see *ante,* p. 1002.]

No. D-1391. IN RE DISBARMENT OF CASTRO. It is ordered that William Castro, of Miami, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1392. IN RE DISBARMENT OF BLEDSOE. It is ordered that Carter Bledsoe, of McLean, Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1393. IN RE DISBARMENT OF COMICI. It is ordered that Erio M. Comici, of Chesterfield, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1394. IN RE DISBARMENT OF FARHAT. It is ordered that Norman C. Farhat, of Farmington Hills, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1395. IN RE DISBARMENT OF MORINGIELLO. It is ordered that Lawrence D. Moringiello, of Brooklyn, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1396. IN RE DISBARMENT OF CAIRO. It is ordered that Joseph G. Cairo, Jr., of Corona Village, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 93-823. NEBRASKA DEPARTMENT OF REVENUE *v.* LOEWENSTEIN. Sup. Ct. Neb. [Certiorari granted, 510 U. S. 1176.] Motions of Federal Reserve Bank of New York and Council of State Governments et al. for leave to file briefs as *amici curiae* granted.